IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

COMMUNITY COFFEE COMPANY, LLC.,
a Louisiana limited liability company

                Plaintiff,

v.                                       Case No. 4:09cv311-RH/WCS

JOHN BAKER, an individual, MICHAEL
PAFFORD, an individual, and CAPITAL
CITY COFFEE CO., INC., a Florida corporation,

                Defendants

_____

## MEDIATION REPORT

The mediator reports to the Court that a mediation conference was held on August 31, 2009. The parties amicably resolved all issues in this case.

DATED this 31st day of August, 2009.

*[signature]*
DOMINIC M. CAPARELLO
Messer, Caparello & Self, P.A.
Post Officer Box 15579
Tallahassee, Florida 32317
(Mediator)

Copies furnished:
The Honorable Robert L. Hinkle
Bruce A. Leinback
Rene M. Fix
F. Palmer Williams